STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS MUEHLECK
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
TED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 2 5 2000

3 o'clock and 10 min P M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>FRANCISCO SERVIN-SOTO,    (01),<br>  aka "Pancho,"<br>JESSICA GUZMAN-SOTO,    (02),<br>REFUGIO ESTRELLA RODRIGUEZ,  (03),<br>  aka "Old Man,"<br>PABLO ROMERO,    (04),<br>  aka "Pablo Gilberto Romero-Flores,"<br>  aka "Sonny,"<br>MELINDA LEE VANETTEN,    (05),<br>FLACO LNU,    (06),<br>JOANN LNU,    (07),<br>SHARON RABBETT,    (08),<br>    aka "Sherry,"<br>MIKE SAVAGE,    (09),<br>    aka "Michael James,"<br>JULIE D. JAMES,    (10),<br>    aka "Julie Savage,"<br>ALAN GRINDLING,    (11),<br><br>        Defendants. | CR. NO. 00-00186 DAE<br><br>FIRST SUPERSEDING<br>INDICTMENT<br><br>[21 U.S.C. §§ 846,<br>841(a)(1), 843(b);<br>8 U.S.C. § 1326;<br>18 U.S.C. § 2] |

FIRST SUPERSEDING INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about November 1, 1999, to on or about April 8, 2000, in the District of Hawaii and elsewhere, defendants FRANCISCO SERVIN-SOTO, aka "Pancho," JESSICA GUZMAN-SOTO, REFUGIO ESTRELLA RODRIGUEZ, aka "Old Man," PABLO ROMERO, aka "Pablo Gilberto Romero-Flores," aka "Sonny," MELINDA LEE VANETTEN, FLACO LNU, JOANN LNU, SHARON RABBETT, aka "Sherry," MIKE SAVAGE, aka "Michael James," JULIE D. JAMES, aka "Julie Savage," and ALAN GRINDLING did conspire together with each other, and with Jorge Salazar-Guillen, aka "Juan," aka "Maceton," Luis Arias, aka "Whiskey," aka "Lino," aka "Luis Manuel Arias-Astorga," Zasha Botelho, Sammy Bennet, Robert LNU, Warren LNU, Troy William Fauver, Bert LNU, Rosi LNU, Hebert LNU, Chris Dampf and Ignacio Garcia-Martinez and with other persons unknown to the Grand Jury, to commit offenses against the United States, that is, to knowingly and intentionally distribute and possess with intent to distribute a quantity of heroin, in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

2

<u>OVERT ACTS</u>

In furtherance of and in order to accomplish the objects of this conspiracy, the defendants and their co-conspirators performed overt acts in the District of Hawaii and elsewhere, including but not limited to the following:

1)  On or about November 27, 1999, in Pomona, California, FRANCISCO SERVIN-SOTO, aka "Pancho," and Luis Arias, aka "Whiskey," aka "Lino," aka "Luis Manuel Arias-Astorga," spoke on the telephone about fixing shoes.

2)  On or about December 2, 1999, Luis Arias, aka "Whiskey," aka "Lino," aka "Luis Manuel Arias-Astorga," met with Ignacio Garcia-Martinez in Pomona, California.

3)  On or about December 3, 1999, Luis Arias, aka "Whiskey," aka "Lino," aka "Luis Manuel Arias-Astorga," drove Ignacio Garcia-Martinez to the Los Angeles International Airport (LAX).

4)  On or about December 3, 1999, Ignacio Garcia-Martinez flew from LAX to Kahului Airport on Maui, Hawaii carrying approximately nine ounces of cocaine, a Schedule II controlled substance concealed in his shoes.

5)  On or about February 11, 2000, in the District of Hawaii, Jorge Salazar-Guillen, aka "Juan," aka "Maceton," Luis Arias, aka "Whiskey," aka "Lino," aka "Luis

Manuel Arias-Astorga," and FRANCISCO SERVIN-SOTO, aka "Pancho,"
flew from Maui to Lihue, Kauai onboard an Aloha Airlines flight.

      6)   On or about March 3, 2000, in the District of
Hawaii, Zasha Botelho spoke on the telephone with Jorge Salazar-
Guillen, aka "Juan," aka "Maceton."

      7)   On or about March 4, 2000, in the District of
Hawaii, Zasha Botelho spoke on the telephone with Jorge Salazar-
Guillen, aka "Juan," aka "Maceton."

      8)   On or about March 5, 2000, in the District of
Hawaii, Jorge Salazar-Guillen, aka "Juan," aka "Maceton," spoke
on the telephone with a person about some "candy."

      9)   On or about March 6, 2000, in the District of
Hawaii, PABLO ROMERO, aka "Pablo Gilberto Romero-Flores," aka
"Sonny," possessed five packets of black tar heroin.

      10)   On or about March 6, 2000, in the District of
Hawaii, Jorge Salazar-Guillen, aka "Juan," aka "Maceton," spoke
on the telephone with Zasha Botelho.

      11)   On or about March 9, 2000, in the District of
Hawaii, Jorge Salazar-Guillen, aka "Juan," aka "Maceton," spoke
on the telephone with Zasha Botelho.

      12)   On or about March 9, 2000, in the District of
Hawaii, Jorge Salazar-Guillen, aka "Juan," aka "Maceton," spoke
on the telephone with SHERRY LNU concerning the sale of a
quantity of drugs.

13) On or about March 10, 2000, in the District of Hawaii, Jorge Salazar-Guillen, aka "Juan," aka "Maceton," spoke on the telephone with Zasha Botelho.

14) On or about March 11, 2000, in the District of Hawaii, Jorge Salazar-Guillen, aka "Juan," aka "Maceton," spoke on the telephone with another person concerning the sale of a quantity of drugs.

15) On or about March 13, 2000, in the District of Hawaii, Jorge Salazar-Guillen, aka "Juan," aka "Maceton," made a long distance telephone call to contact REFUGIO ESTRELLA RODRIGUEZ, aka "Old Man."

16) On or about March 15, 2000, in the District of Hawaii, Jorge Salazar-Guillen, aka "Juan," aka "Maceton," spoke with JOANN LNU concerning the sale of a quantity of drugs.

17) On or about March 15, 2000, in the District of Hawaii, Jorge Salazar-Guillen, aka "Juan," aka "Maceton," spoke with FLACO LNU on the telephone about the sale of a quantity of drugs.

18) On or about March 15, 2000, in the District of Hawaii, Jorge Salazar-Guillen, aka "Juan," aka "Maceton," made a long distance telephone call to order a quantity of drugs from REFUGIO ESTRELLA RODRIGUEZ, aka "Old Man."

19) On or about March 17, 2000, in the District of Hawaii, Jorge Salazar-Guillen, aka "Juan," aka "Maceton,"

spoke on the telephone with CHRIS DAMPF concerning the sale of a quantity of drugs.

20) On or about March 18, 2000, in the District of Hawaii, Jorge Salazar-Guillen, aka "Juan," aka "Maceton," made a long distance telephone call to order a quantity of drugs from REFUGIO ESTRELLA RODRIGUEZ, aka "Old Man."

21) On or about March 18, 2000, in the District of Hawaii, Jorge Salazar-Guillen, aka "Juan," aka "Maceton," made a long distance telephone call to Luis Arias, aka "Whiskey," aka "Lino," aka "Luis Manuel Arias-Astorga," to arrange for the delivery of a quantity of drugs by REFUGIO ESTRELLA RODRIGUEZ, aka "Old Man."

22) On or about March 20, 2000, in the District of Hawaii, Jorge Salazar-Guillen, aka "Juan," aka "Maceton," spoken on the telephone with FLACO LNU concerning the sale of a quantity of drugs.

23) On or about March 20, 2000, in the District of Hawaii, Zasha Botelho made reservations for herself and for FRANCISCO SERVIN-SOTO, aka "Pancho," on a flight from Kahului, Maui to Los Angeles, California.

24) On or about March 20, 2000, in the District of Hawaii, Jorge Salazar-Guillen, aka "Juan," aka "Maceton," called FLACO LNU about a sale of a quantity of drugs.

25) On or about March 21, 2000, near Los Angeles, California, FRANCISCO SERVIN-SOTO, aka "Pancho," and JESSICA GUZMAN-SOTO transferred 345 grams of heroin to Zasha Botelho.

26) On or about March 21, 2000, Zasha Botelho carried approximately 345 grams of heroin hidden under her clothing through Terminal 4 at LAX.

27) On or about March 21, 2000, in the District of Hawaii, Jorge Salazar-Guillen, aka "Juan," aka "Maceton," made a long distance telephone call to FRANCISCO SERVIN-SOTO, aka "Pancho," in California and discussed the seizure of heroin from Zasha Botelho by the Drug Enforcement Administration (DEA).

28) On or about March 21, 2000, in the District of Hawaii, Jorge Salazar-Guillen, aka "Juan," aka "Maceton," made a long distance telephone call to Zasha Botelho and discussed the seizure of heroin by the DEA.

29) On or about March 25, 2000, in the District of Hawaii, Jorge Salazar-Guillen, aka "Juan," aka "Maceton," spoke on the telephone with Zasha Botelho.

30) On or about March 28, 2000, in the District of Hawaii, FRANCISCO SERVIN-SOTO, aka "Pancho," spoke on the telephone with Rosi LNU and Bert LNU concerning a quantity of money.

31) On or about March 29, 2000, in the District of Hawaii, Jorge Salazar-Guillen, aka "Juan," aka "Maceton,"

spoke on the telephone with Sammy Bennet concerning the sale of a quantity of drugs.

32)   On or about March 29, 2000, in the District of Hawaii, FRANCISCO SERVIN-SOTO, aka "Pancho," made a long distance telephone call to JESSICA GUZMAN-SOTO and discussed the transportation of a quantity of drugs hidden in a pair of shoes worn by a female courier.

33)   On or about March 29, 2000, in the District of Hawaii, REFUGIO ESTRELLA RODRIGUEZ, aka "Old Man," spoke on the telephone with Jorge Salazar-Guillen, aka "Juan," aka "Maceton," concerning the payment of a quantity of money for a shipment of drugs.

34)   On or about March 30, 2000, in the District of Hawaii, Warren LNU spoke on the telephone with Jorge Salazar-Guillen, aka "Juan," aka "Maceton," concerning the sale of a quantity of drugs.

35)   On or about March 30, 2000, in the District of Hawaii, Jorge Salazar-Guillen, aka "Juan," aka "Maceton," Luis Arias, aka "Whiskey," aka "Lino," aka "Luis Manuel Arias-Astorga," and FRANCISCO SERVIN-SOTO, aka "Pancho," talked on the telephone about the payment of a sum of money for a shipment of drugs.

36)   On or about March 31, 2000, in Ontario, California, MELINDA LEE VANETTEN carried approximately 100 grams

of heroin hidden under clothing and in her shoes through the Ontario Airport Terminal.

37)  On or about April 6, 2000, Luis Arias, aka "Whiskey," aka "Lino," aka "Luis Manuel Arias-Astorga," spoke on the telephone with Jorge Salazar-Guillen, aka "Juan," aka "Maceton," about the transportation of a quantity of drugs.

38)  On or about April 6, 2000, in the District of Hawaii, Jorge Salazar-Guillen, aka "Juan," aka "Maceton," spoke on the telephone with another person concerning the seizure of two drug shipments and the loss of $25,000.

39)  On or about April 8, 2000, in the District of Hawaii, REFUGIO ESTRELLA RODRIGUEZ, aka "Old Man," transported a quantity of heroin from Mexico to Lahaina, Maui and delivered it to Jorge Salazar-Guillen, aka "Juan," aka "Maceton," in exchange for a large quantity of money orders.

All in violation of Title 21, United States Code, Section 846.

<u>COUNT 2</u>

The Grand Jury further charges that:

On or about December 3, 1999, in the District of Hawaii and elsewhere, defendant FRANCISCO SERVIN-SOTO, aka "Pancho," Luis Arias, aka "Whiskey," aka "Lino," aka "Luis Manuel Arias-Astorga," and Jorge Salazar-Guillen, aka "Juan," aka "Maceton," did knowingly and intentionally possess with intent to distribute

and aid and abet the possession with intent to distribute by
Ignacio Garcia-Martinez approximately 250 grams of cocaine, a
Schedule II controlled substance.  The defendants knowing and
intending that the cocaine would be distributed in Hawaii.

All in violation of Title 21, United States Code,
Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT 3

The Grand Jury further charges that:

On or about February 14, 2000, in the District of
Hawaii, defendant PABLO ROMERO, aka "Pablo Gilberto Romero-
Flores," aka "Sonny," did knowingly and intentionally distribute
approximately two grams of heroin, a Schedule I controlled
substance.

All in violation of Title 21, United States Code,
Section 841(a)(1).

### COUNT 4

The Grand Jury further charges that:

On or about March 1, 2000, in the District of Hawaii,
Jorge Salazar-Guillen, aka "Juan," aka "Maceton," and defendant
FRANCISCO SERVIN-SOTO, aka "Pancho," used and caused to be used a
communications facility, that is, a telephone, in causing or
facilitating the commission of a conspiracy to distribute a
quantity of cocaine and heroin, both controlled substances, a
felony under Title 21, United States Code, Section 846.

10

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 5

The Grand Jury further charges that:

On or about March 6, 2000, in the District of Hawaii, defendant PABLO ROMERO, aka "Pablo Gilberto Romero-Flores," aka "Sonny," did knowingly and intentionally possess with intent to distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 6

The Grand Jury further charges that:

On or about March 9, 2000, in the District of Hawaii, Jorge Salazar-Guillen, aka "Juan," aka "Maceton," and defendant SHERRY LNU used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

11

<u>COUNT 7</u>

The Grand Jury further charges that:

On or about March 15, 2000, in the District of Hawaii, Jorge Salazar-Guillen, aka "Juan," aka "Maceton," and defendant JOANN LNU used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 8</u>

The Grand Jury further charges that:

On or about March 15, 2000, in the District of Hawaii, Jorge Salazar-Guillen, aka "Juan," aka "Maceton," and defendant FLACO LNU used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 9

The Grand Jury further charges that:

On or about March 20, 2000, in the District of Hawaii, Jorge Salazar-Guillen, aka "Juan," aka "Maceton," and defendant FLACO LNU used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 10

The Grand Jury further charges that:

On or about March 20, 2000, in the District of Hawaii, Jorge Salazar-Guillen, aka "Juan," aka "Maceton," and defendant FLACO LNU used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a

13

Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 11

The Grand Jury further charges that:

On or about March 21, 2000, in the District of Hawaii and elsewhere, defendants FRANCISCO SERVIN-SOTO, aka "Pancho," JESSICA GUZMAN-SOTO, Jorge Salazar-Guillen, aka "Juan," aka "Maceton," and Zasha Botelho did knowingly and intentionally aid and abet each other in the possession with intent to distribute a quantity of heroin in excess of 100 grams, that is, approximately 345 grams of heroin, a Schedule I controlled substance.  The defendants knowing and intending that the quantity of heroin would be distributed in Hawaii.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 12

The Grand Jury further charges that:

On or about March 21, 2000, in the District of Hawaii and elsewhere, Jorge Salazar-Guillen, aka "Juan," aka "Maceton," and defendant FRANCSICO SERVIN-SOTO, aka "Pancho," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a

14

conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 13

The Grand Jury further charges that:

On or about March 28, 2000, in the District of Hawaii, defendant FRANCISCO SERVIN-SOTO, aka "Pancho," Rosi LNU and Bert LNU used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 14

The Grand Jury further charges that:

On or about March 29, 2000, in the District of Hawaii and elsewhere, defendants JESSICA GUZMAN-SOTO and FRANCISCO

SERVIN-SOTO, aka "Pancho," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 15

The Grand Jury further charges that:

On or about March 29, 2000, in the District of Hawaii, defendant FRANCISCO SERVIN-SOTO, aka "Pancho," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 16

The Grand Jury further charges that:

On or about March 29, 2000, in the District of Hawaii and elsewhere, defendant REFUGIO ESTRELLA RODRIGUEZ, aka "Old Man," and Jorge Salazar-Guillen, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 17

The Grand Jury further charges that:

On or about March 29, 2000, in the District of Hawaii and elsewhere, defendant REFUGIO ESTRELLA RODRIGUEZ, aka "Old Man," and Jorge Salazar-guillen, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II

controlled substance, a felony under Title 21, United States
Code, Section 846.

All in violation of Title 21, United States Code,
Section 843(b).

## COUNT 18

The Grand Jury further charges that:

On or about March 30, 2000, in the District of Hawaii,
defendant FLACO LNU and Jorge Salazar-Guillen, aka "Juan," aka
"Maceton," used and caused to be used a communications facility,
that is, a telephone, in causing or facilitating the commission
of a conspiracy to distribute and possess with intent to
distribute a quantity of heroin in excess of 100 grams, a
Schedule I controlled substance, and a quantity of cocaine, a
Schedule II controlled substance, a felony under Title 21, United
States Code, Section 846.

All in violation of Title 21, United States Code,
Section 843(b).

## COUNT 19

The Grand Jury further charges that:

On or about March 30, 2000, in the District of Hawaii,
Luis Arias, aka "Whiskey," aka "Lino," aka "Luis Manuel Arias-
Astorga," Jorge Salazar-Guillen, aka "Juan," aka "Maceton," and
defendant FRANCISCO SERVIN-SOTO, aka "Pancho," used and caused to
be used a communications facility, that is, a telephone, in

causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 20

The Grand Jury further charges that:

On or about March 31, 2000, in the District of Hawaii and elsewhere, defendants FRANCISCO SERVIN-SOTO, aka "Pancho," JESSICA GUZMAN-SOTO, PABLO ROMERO, aka "Pablo Gilberto Romero-Flores," aka "Sonny," MELINDA LEE VANETTEN and Jorge Salazar-Guillen, aka "Juan," aka "Maceton," did knowingly and intentionally aid and abet each other in the possession with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance.  The defendants knowing and intending that the quantity of heroin would be distributed in Hawaii.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT 21

The Grand Jury further charges that:

On or about March 31, 2000, in the District of Hawaii, defendant FRANCISCO SERVIN-SOTO, aka "Pancho," and Bert LNU used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 22

The Grand Jury further charges that:

On or about March 31, 2000, in the District of Hawaii, defendants FRANCISCO SERVIN-SOTO, aka "Pancho," and JESSICA GUZMAN-SOTO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

20

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 23

The Grand Jury further charges that:

On or about March 31, 2000, in the District of Hawaii, Luis Arias, aka "Whiskey," aka "Lino," aka "Luis Manuel Arias-Astorga," Jorge Salazar-Guillen, aka "Juan," aka "Maceton," and defendant FRANCISCO SERVIN-SOTO, aka "Pancho," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 24

The Grand Jury further charges that:

On or about March 31, 2000, in the District of Hawaii, defendant MIKE SAVAGE, aka "Michael James," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity

21

of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 25

The Grand Jury further charges that:

On or about March 31, 2000, in the District of Hawaii, defendant ALAN GRINDLING used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 26

The Grand Jury further charges that:

On or about April 1, 2000, in the District of Hawaii, defendant PABLO ROMERO, aka "Pablo Gilberto Romero-Flores," aka "Sonny," and Jorge Salazar-Guillen, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a

22

quantity of heroin in excess of 100 grams, a Schedule I
controlled substance, and a quantity of cocaine, a Schedule II
controlled substance, a felony under Title 21, United States
Code, Section 846.

All in violation of Title 21, United States Code,
Section 843(b).

## COUNT 27

The Grand Jury further charges that:

On or about April 1, 2000, in the District of Hawaii,
defendant PABLO ROMERO, aka "Pablo Gilberto Romero-Flores," aka
"Sonny," and Jorge Salazar-Guillen, aka "Juan," aka "Maceton,"
used and caused to be used a communications facility, that is, a
telephone, in causing or facilitating the commission of a
conspiracy to distribute and possess with intent to distribute a
quantity of heroin in excess of 100 grams, a Schedule I
controlled substance, and a quantity of cocaine, a Schedule II
controlled substance, a felony under Title 21, United States
Code, Section 846.

All in violation of Title 21, United States Code,
Section 843(b).

## COUNT 28

The Grand Jury further charges that:

On or about April 1, 2000, in the District of Hawaii,
defendant PABLO ROMERO, aka "Pablo Gilberto Romero-Flores," aka

23

"Sonny," and Jorge Salazar-Guillen, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 29

The Grand Jury further charges that:

On or about April 1, 2000, in the District of Hawaii, defendant FRANCISCO SERVIN-SOTO, aka "Pancho," and Bert LNU used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

24

COUNT 30

The Grand Jury further charges that:

On or about April 1, 2000, in the District of Hawaii, defendant ALAN GRINDLING used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 31

The Grand Jury further charges that:

On or about April 2, 2000, in the District of Hawaii, defendant PABLO ROMERO, aka "Pablo Gilberto Romero-Flores," aka "Sonny," and Jorge Salazar-Guillen, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

25

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 32

The Grand Jury further charges that:

On or about April 2, 2000, in the District of Hawaii, defendant PABLO ROMERO, aka "Pablo Gilberto Romero-Flores," aka "Sonny," and Jorge Salazar-Guillen, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 33

The Grand Jury further charges that:

On or about April 2, 2000, in the District of Hawaii, defendant ALAN GRINDLING used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity

26

of cocaine, a Schedule II controlled substance, a felony under
Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code,
Section 843(b).

## COUNT 34

The Grand Jury further charges that:

On or about April 2, 2000, in the District of Hawaii,
defendant ALAN GRINDLING used and caused to be used a
communications facility, that is, a telephone, in causing or
facilitating the commission of a conspiracy to distribute and
possess with intent to distribute a quantity of heroin in excess
of 100 grams, a Schedule I controlled substance, and a quantity
of cocaine, a Schedule II controlled substance, a felony under
Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code,
Section 843(b).

## COUNT 35

The Grand Jury further charges that:

On or about April 3, 2000, in the District of Hawaii,
defendant REFUGIO ESTRELLA RODRIGUEZ, aka "Old Man," and Jorge
Salazar-Guillen, aka "Juan," aka "Maceton," used and caused to be
used a communications facility, that is, a telephone, in causing
or facilitating the commission of a conspiracy to distribute and
possess with intent to distribute a quantity of heroin in excess

of 100 grams, a Schedule I controlled substance, and a quantity
of cocaine, a Schedule II controlled substance, a felony under
Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code,
Section 843(b).

### COUNT 36

The Grand Jury further charges that:

On or about April 3, 2000, in the District of Hawaii,
defendant PABLO ROMERO, aka "Pablo Gilberto Romero-Flores," aka
"Sonny," and Jorge Salazar-Guillen, aka "Juan," aka "Maceton,"
used and caused to be used a communications facility, that is, a
telephone, in causing or facilitating the commission of a
conspiracy to distribute and possess with intent to distribute a
quantity of heroin in excess of 100 grams, a Schedule I
controlled substance, and a quantity of cocaine, a Schedule II
controlled substance, a felony under Title 21, United States
Code, Section 846.

All in violation of Title 21, United States Code,
Section 843(b).

### COUNT 37

The Grand Jury further charges that:

On or about April 3, 2000, in the District of Hawaii,
Luis Arias, aka "Whiskey," aka "Lino," aka "Luis Manuel Arias-
Astorga," Jorge Salazar-Guillen, aka "Juan," aka "Maceton," and

defendant FRANCISCO SERVIN-SOTO, aka "Pancho," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 38

The Grand Jury further charges that:

On or about April 3, 2000, in the District of Hawaii, defendant REFUGIO ESTRELLA RODRIGUEZ, aka "Old Man," and Jorge Salazar-Guillen, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 39

The Grand Jury further charges that:

On or about April 3, 2000, in the District of Hawaii, defendant FRANCISCO SERVIN-SOTO, aka "Pancho," and Jorge Salazar-Guillen, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 40

The Grand Jury further charges that:

On or about April 3, 2000, in the District of Hawaii, defendant ALAN GRINDLING used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

30

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 41</u>

The Grand Jury further charges that:

On or about April 3, 2000, in the District of Hawaii, defendant MIKE SAVAGE, aka "Michael James," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 42</u>

The Grand Jury further charges that:

On or about April 4, 2000, in the District of Hawaii, defendant PABLO ROMERO, aka "Pablo Gilberto Romero-Flores," aka "Sonny," and Jorge Salazar-Guillen, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II

31

controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 43

The Grand Jury further charges that:

On or about April 4, 2000, in the District of Hawaii, defendant ALAN GRINDLING used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 44

The Grand Jury further charges that:

On or about April 4, 2000, in the District of Hawaii, defendant ALAN GRINDLING used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity

of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 45

The Grand Jury further charges that:

On or about April 4, 2000, in the District of Hawaii, defendant MIKE SAVAGE, aka "Michael James," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 46

The Grand Jury further charges that:

On or about April 5, 2000, in the District of Hawaii, defendants PABLO ROMERO, aka "Pablo Gilberto Romero-Flores," aka "Sonny," and FRANCISCO SERVIN-SOTO, aka "Pancho," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of

heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 47

The Grand Jury further charges that:

On or about April 5, 2000, in the District of Hawaii, defendant MIKE SAVAGE, aka "Michael James," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 48

The Grand Jury further charges that:

On or about April 5, 2000, in the District of Hawaii, defendant MIKE SAVAGE, aka "Michael James," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess

of 100 grams, a Schedule I controlled substance, and a quantity

of cocaine, a Schedule II controlled substance, a felony under

Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code,

Section 843(b).

COUNT 49

The Grand Jury further charges that:

On or about April 7, 2000, in the District of Hawaii,

defendant ALAN GRINDLING used and caused to be used a

communications facility, that is, a telephone, in causing or

facilitating the commission of a conspiracy to distribute and

possess with intent to distribute a quantity of heroin in excess

of 100 grams, a Schedule I controlled substance, and a quantity

of cocaine, a Schedule II controlled substance, a felony under

Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code,

Section 843(b).

COUNT 50

The Grand Jury further charges that:

On or about April 8, 2000, in the District of Hawaii,

defendant REFUGIO ESTRELLA RODRIGUEZ, aka "Old Man," and Jorge

Salazar-Guillen, aka "Juan," aka "Maceton," used and caused to be

used a communications facility, that is, a telephone, in causing

or facilitating the commission of a conspiracy to distribute and

35

possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 51

The Grand Jury further charges that:

On or about April 8, 2000, in the District of Hawaii, defendant PABLO ROMERO, aka "Pablo Gilberto Romero-Flores," aka "Sonny," and Jorge Salazar-Guillen, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 52

The Grand Jury further charges that:

On or about April 8, 2000, in the District of Hawaii, defendant REFUGIO ESTRELLA RODRIGUEZ, aka "Old Man," and Jorge

Salazar-Guillen, aka "Juan," aka "Maceton," did knowingly and intentionally aid and abet each other in the possession with intent to distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT 53

The Grand Jury further charges that:

On or about April 8, 2000, in the District of Hawaii, defendant PABLO ROMERO, aka "Pablo Gilberto Romero-Flores," aka "Sonny," who had previously been denied admission, excluded, deported and removed and departed the United States with an order of exclusion, deportation, or removal was outstanding was found in the United States without the consent of the Attorney General of the United States for reapplication by the defendant for admission into the United States.

All in violation of Title 8, United States Code, Section 1326.

COUNT 54

The Grand Jury further charges that:

On or about April 8, 2000, in the District of Hawaii, defendant JULIE D. JAMES, aka "Julie Savage," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to

37

distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 55

The Grand Jury further charges that:

On or about April 8, 2000, in the District of Hawaii, defendant MIKE SAVAGE, aka "Michael James," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 56

The Grand Jury further charges that:

On or about April 8, 2000, in the District of Hawaii, defendant ALAN GRINDLING used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and

possess with intent to distribute a quantity of heroin in excess
of 100 grams, a Schedule I controlled substance, and a quantity
of cocaine, a Schedule II controlled substance, a felony under
Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code,
Section 843(b).

DATED:  5/25/2000                    , at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. Jorge Salazar-Guillen, et al.
First Superseding Indictment
Cr. No. 00-00186 DAE

39